```
ADM/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
```

| | |
|---|---|
| GEORGE FICKINGER, | **AFFIDAVIT OF SERVICE** |
| | |
| | **08-CV-01577** |
| | **M.J. Dolinger** |
| Plaintiff, | **J. Kram** |
| | |
| -against- | **Supreme/New York** |
| | |
| | **Index No.:** |
| STEVEN E. LANDIS., | **110657-07** |
| | |
| Defendant. | |

```
---------------------------------------X
STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) ss.:
```

**MEGHAN HOOD**, being duly sworn, deposes and says: I am not a party of this action, I am over 18 years of age, and I reside in Staten Island, New York.

That on February 15, 2008, I served the within **NOTICE OF REMOVAL** by mailing a copy to each of the following persons at the last known address set forth after each name below:

| | |
|---|---|
| Kenneth Mangano, Esq.<br>FERRO, KUBA, MANGANO, SKLAR<br>GACOVINO & LAKE P.C.<br>Attorneys for Plaintiff<br>360 West 31st Street, Suite 1100<br>New York, New York 10001<br>212-244-7676 | Clerk of the Court<br>SUPREME COURT, NEW YORK COUNTY<br>60 Centre Street<br>New York, New York 11201 |

```
                              _____/s/_____
                              Meghan Hood

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )  ss.:
```

On the 20th day of February in the year 2008 before me, the undersigned, a Notary Public in and for said State, personally appeared **Meghan Hood,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

```
                              _____/s/_____
                              NOTARY PUBLIC
```